J. Chester Massinger et al., executors, respondents,

*v.*

Emil Geering, appellant.

[Decided April 25th, 1941.]

*Mr. William V. Rosenkrans,* for the respondents.

*Messrs. Doughty & Dwyer,* for the appellant.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *128 N. J. Eq. 399.*

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Donges, Porter, Colie, Dear, Wells, WolfsKeil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.